UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:09-cr-404-T-23TGW

ANTONIO MUNOZ BRANT-EPIGMELIO
_____/

**ORDER**

The defendant moves to dismiss the indictment for "lack of subject matter jurisdiction" (Doc. 14) and on "various constitutional grounds" (Doc. 15). The United States opposes dismissal (Doc. 25), and the defendant was permitted to file a reply (Doc. 31) to the Untied States' opposition.

Pursuant to a referral order (Doc. 32) the magistrate judge conducted a hearing on December 14, 2009, and filed a report and recommendation (Doc. 46) recommending denial of both motions. The defendant filed objections (Doc. 47) to the magistrate judge's report and recommendation.

After an independent examination of the file, the objections are **OVERRULED** and the magistrate judge's report and recommendation is **ADOPTED** and incorporated by reference into this order. The defendant's motions to dismiss (Docs. 14 and 15) are **DENIED**.

ORDERED in Tampa, Florida, on February 11, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE